UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
CAITLYN MEAD,

                              Plaintiff,                    **ORDER**

   - against -                                          No. 23-CV-5485 (CS)

TIMOTHY RYDELL, et al.,

                              Defendants.
---------------------------------------------------------------x

<u>Seibel, J.</u>

      For the reasons stated on the record on August 28, 2023, and on consent of all parties, the Court remands the case to state court. The Clerk of Court is respectfully directed to remand this case to the Supreme Court of the State of New York, Orange County.

**SO ORDERED.**

Dated:  August 29, 2023
          White Plains, New York

                                                           _____
                                                            CATHY SEIBEL, U.S.D.J.